**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PREPARED FOOD PHOTOS, INC.** | **MISCELLANEOUS ACTION** |
| **VERSUS** | **NUMBER: 25-171** |
| **ASSOCIATED WHOLESALE GROCERS, INC.** | **SECTION: "I" (5)** |

**ORDER**

Before the Court is a Motion to Compel. (Rec. doc. 1). Counsel has informed the Court that the motion is moot. Accordingly,

**IT IS ORDERED** that the Motion to Compel (rec. doc. 1) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this  20th  day of            February                  , 2025.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**